UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Georgetta Livingstone,

    Plaintiff(s),

vs                                          Case No: 04-71888
                                              Honorable Victoria A. Roberts

General Motors Corp.,

    Defendant(s),
_____/

### ORDER OF DISMISSAL

The parties have advised the Court that they have amicably resolved their differences. Accordingly,

IT IS ORDERED that this case be dismissed. This Court retains jurisdiction for the limited purpose of enforcing the terms of the settlement agreement.

                                                      /s/ Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

Dated: June 6, 2005

-------------------------------------------------------------------------------------

### CERTIFICATE OF MAILING

I certify that a copy of this order was served upon Thomas Warnick and Mark Filak on the above date.

                                                        /s/ Linda Vertriest
                                                      Deputy Clerk